# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 NOV 24 A 9:42
CLERK OF COURT

(Full name of plaintiff(s))

Linda Gilmer
1350 E Locust St Apt 1010
Milwaukee, WI 53212

v.

Case Number: 25-C 1858
(to be supplied by Clerk of Court)

(Full name of defendant(s))

Transit Mutual Insurance Corp-WI
P.O. Box 1135
Appleton, WI 54912-1135

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   1350 E Locust St Apt 1010, Milwaukee, WI 53212 LG
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
                                    (Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① Racine Transit   Gilbert Bazan (Bus Driver)

② Ignored injury that required 6 stitches. The bus driver informed me to exit his bus & get on another bus (behind him) to get to my destination.

③ 2-6-2023   My leg was punctured by a metal peice under the seat. It was connected to the seat he raised up.

④ Racine Transit bus

⑤ The first bus driver asked me to exit his bus & go to the bus behind him. The next bus driver acknowledged my injury and helped me. I don't understand why the peramedics or police we're not called regarding my Injury.

Complaint – 2

Now they are refusing to compensate me for my injuries or medical bills. I was seen at Saint Marys Emergency room. I do not live in Racine so I was looking to find my way to Ridgewood nursing home to visit my terminally ill Husband. I experienced physical & emotional distress from the injury while taking care of my terminally ill Husband that I brought home from the nursing home. Please make them take accountability for both my injury and the way I was treated. The transit company refuses to give me the information of the second bus driver. There is camera footage for both bus's.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Locate both bus drivers that are on camera. Accountability for not calling the paramedics or police after I was injured. Emotional distress that may have led to my Husbands death. Prove that the metal object punctured my leg and not my scooter chair. Accountability for emotional distress I endured while taking care of my husband with this injury. I was sent a letter with a deadline on December 10, 2024 my Husband died December 24, 2024. I did not have time to respond due to burying my husband and Grieving. We were married for 44 years

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20____.

Respectfully Submitted,

_Linda Gilmer_
Signature of Plaintiff

(414) 406-8886
Plaintiff's Telephone Number

lindagilmer@yahoo.com
Plaintiff's Email Address

1350 E locust st Apt 1010
Milwaukee, WI 53212
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5